UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUERRERO ESPINOSA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02867-JHC<br><br>ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) At Dkt. # 2, Petitioner requests that correspondence related to this case be sent to his spouse.

(2) For the reasons presented in that motion, the Court DIRECTS the Clerk to add as an interested party in the case the following individual and associated mailing address:

Miriam Quiroz
2011 Summit Dr
Shelton, WA 98584

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 18th day of August, 2026.

John H. Chun
United States District Judge