UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO GUERRERO ESPINOSA,

Petitioner,

v.

WARDEN NORTHWEST ICE PROCESSING CENTER, et al.,

Respondents.

CASE NO. 2:26-cv-02867-JHC

ORDER

Before the Court is Petitioner's Motion for Extension of Time to File Traverse based on his status as a detained, pro se petitioner who relies entirely on institutional mail systems for receiving court filings and preparing responses.[1] *See* Dkt. # 10. The Court has in the past sua sponte extended traverse reply deadlines for similarly situated petitioners by 14-days. *See, e.g.*, *Caballero v. Bondi et al.*, No. 2:26-cv-990-JHC, ECF No. 10 (W.D. Wash Apr. 14, 2026) (granting the same). The Court again provides Petitioner an additional 14-days. Thus, the Court sets October 1, 2026, as the deadline for Petitioner's optional traverse.

[1] The motion was received on September 4, 2026, but was noted for September 25, 2026, well after the noting date for the underlying petition for Writ of Habeas Corpus. *See* Docket.

The Clerk is directed to re-note this matter for October 1, 2026. The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 16th day of September, 2026.

John H. Chun
United States District Judge